# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Kareem Howell,

               Plaintiff,        Case No. 12-cv-14406
                                    Hon. Judith E. Levy

v.

State Farm Fire & Casualty Co.,

               Defendant.

_____/

## ORDER PARTIALLY GRANTING DEFENDANT'S [35] MOTION IN LIMINE AND SETTING SCHEDULE

Before the Court are the parties' motions in limine. The Court held a hearing on both motions on September 19, 2014. At the start of the hearing, the parties indicated to the Court that they have resolved plaintiff's Motion in Limine (Dkt. 34) and will submit to the Court a proposed stipulated order to that effect.

Defendant's Motion in Limine (Dkt. 35) seeks to preclude 1) evidence of or reference to defendant's motion for summary disposition in this case, as well as defendant's motion for reconsideration of that decision, 2) evidence of or reference to court findings and decisions

regarding the motions for summary disposition and reconsideration; and 3) evidence or testimony regarding defendant's rescission of plaintiff's insurance contract.

For the reasons stated on the record, the Court will partially grant the motion and preclude evidence of or reference to defendant's motions for summary disposition and reconsideration, as well as the related court findings and decisions. The Court will not, however, preclude evidence or testimony regarding defendant's rescission of plaintiff's insurance contract. That part of defendant's Motion in Limine will be denied without prejudice.

Accordingly, defendant's Motion in Limine (Dkt. 35) is PARTIALLY GRANTED with respect to the motions and court decisions, as stated above, but is DENIED without prejudice with respect to evidence and testimony regarding the rescission;

The parties shall submit a proposed stipulated order resolving plaintiff's Motion in Limine (Dkt. 34) no later than **September 26, 2014**;

The parties shall submit their joint final pretrial order no later than **October 13, 2014**;

The final pretrial conference is scheduled for **October 20, 2014 at 10:00 A.M. in Ann Arbor**; and

The trial is scheduled to begin on **October 27, 2014 at 9:00 A.M. in Ann Arbor**.

IT IS SO ORDERED.

Dated: September 23, 2014  /s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
  United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 23, 2014.

  /s/A. Chubb for Felicia M. Moses
  FELICIA M. MOSES
  Case Manager

3